1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )  Case No. 8:11-cr-00133-JVS
                                        )  Case No. 8:11-cr-00148-JVS
12                Plaintiff,            )
                                        )  ORDER OF DETENTION AFTER
13            v.                        )  HEARING [Fed. R. Crim. P. 32.1(a)(6);18
                                        )  U.S.C. § 3143(a)]
14   OMAR VIDAL BRISENO,                )
                                        )
15                                      )
                  Defendant.            )
16                                      )

17

18        The defendant having been arrested in this District pursuant to a warrant issued by

19   the United States District Court for the Central District of California for alleged violations

20   of the terms and conditions of supervision; and

21        The Court having conducted a detention hearing pursuant to Federal Rule of

22   Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

23        The Court finds that:

24   A. ( X )  The defendant has not met defendant's burden of establishing by clear and

25            convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b)

26            or (c).  This finding is based on: *nature of current allegations, including alleged illegal*

27            *failure to report to a Court-ordered residential program designated by Probation; prior alleged*

28            *drug use; prior violation; prior criminal history*

1      and

2   B. ( X ) The defendant has not met defendant's burden of establishing by clear and

3      convincing evidence that he is not likely to pose a danger to the safety of any other

4      person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is

5      based on: *nature of current allegations, including alleged illegal failure to report to a Court-*

6      *ordered residential program designated by Probation; prior alleged drug use; prior violation; prior*

7      *criminal history*

8

9        IT THEREFORE IS ORDERED that the defendant be detained pending further

10   revocation proceedings.

11

12   Dated: January 31, 2023

13

14

15                        JOHN D. EARLY

                          United States Magistrate Judge

2